1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN STINSON, | ) CASE NO. CV 09-6417 SJO (FFM) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MATHEW CATES, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 7, 2012.

*S. James Otero*

S. JAMES OTERO
United States District Judge